CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 1 4 2006

JOHN F. CORCORAN, CLERK
BY:
　　DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

TEDDY DOUGLAS MCCLANAHAN,　　　)
　　　　Petitioner,　　　　　　　　　)　　　Civil Action No. 7:06-cv-00393
　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)　　　**FINAL ORDER**
　　　　　　　　　　　　　　　　　　　)
TRACY RAY, WARDEN,　　　　　　　　)　　　**By: Hon. James C. Turk**
　　　　Respondent.　　　　　　　　　)　　　**Senior United States District Judge**

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that respondent's motion to dismiss shall be and is hereby **GRANTED**; the petition for habeas

corpus, pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED**; and the action is hereby

stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum

opinion to petitioner and to counsel of record for the respondent.

ENTER: This _14th_ day of December, 2006.

　　　　　　　　　　_/s/ James C. Turk_
　　　　　　　　　　Senior United States District Judge